# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| Federal Trade Commission,                     )<br>                                                                )<br>      Plaintiff,         )<br>v.                                                              )<br>                                                                )<br>Absolute Financial Services, LLC;          )<br>Absolute Financial Services Recovery, LLC;)<br>AFSR Global Logistics, LLC; LaShone   )<br>Elam, a/k/a LaShone Caldwell, in her    )<br>individual and corporate capacity; and     )<br>Talesia Neely, in her individual and         )<br>corporate capacity,                                 )<br>                                                                )<br>      Defendants.    )<br>_____)  | Civil Action No.: 0:20-cv-02596-JMC<br><br><br><br><br>**EX PARTE ORDER**<br>**APPOINTING**<br>**TEMPORARY RECEIVER** |

Plaintiff Federal Trade Commission ("FTC") filed this action against Defendants Absolute Financial Services, LLC, Absolute Financial Services Recovery, LLC, AFSR Global Logistics, LLC, Lashone Elam, and Talesia Neely (collectively "Defendants") seeking "to obtain temporary, preliminary, and permanent injunctive relief, rescission or reformation of contracts, restitution, the refund of monies paid, disgorgement of ill-gotten monies, and other equitable relief" based on alleged violations of "Sections 13(b) and 19 of the Federal Trade Commission Act, 15 U.S.C. §§ 53(b) and 57b, and Section 814(a) of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692l(a)." (ECF No. 2 at 1 ¶ 1.) On July 17, 2020, the court entered an Order and Opinion granting the FTC's Ex Parte Motion for Temporary Restraining Order. (ECF No. 18 (referencing ECF No. 4).) The court agreed with the FTC that "[g]ood cause exists for appointing a temporary receiver over the Receivership Entities, freezing Defendants' assets, permitting the FTC and the Receiver immediate access to the Defendants' business premises, and permitting the FTC and the Receiver to take expedited discovery." (ECF No. 18 at 7 ¶ G.)

In accordance with the court's July 17, 2020 Order and Opinion Granting the FTC's Motion for Temporary Restraining Order (ECF No. 18), 28 U.S.C. § 754, and other relevant law, the court hereby appoints Deborah B. Barbier of Deborah B. Barbier, LLC, 1811 Pickens Street, Columbia, South Carolina 29201, as the temporary receiver of the Receivership Entities in this matter. As provided in the July 17, 2020 Order and Opinion (ECF No. 18), Deborah B. Barbier is vested with full and exclusive power, duty and authority to administer and manage the business affairs, funds, assets, choses in action and any other property of the Receivership Entities, marshal and safeguard all of the assets of the Receivership Entities, and take whatever actions are necessary for the protection of consumers.

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

July 21, 2020
Columbia, South Carolina